# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Anita Edoria Santa Ana,<br><br>    Defendant | Case No.: 2:21-cr-00035-JAD-DJA<br><br>**Order Granting Defendant's Motion for Return of Passport**<br><br>[ECF No. 22] |

Defendant Anita Edoria Santa Ana is serving a one-year term of supervised release following a twelve-month custodial sentence.[1] Prior to her sentence, she surrendered her passport as a condition of her pre-sentencing supervision.[2] She now moves for the return of her passport.[3] Santa Ana's probation officer does not object to this request and the government "respectfully defers to" the officer's position.[4] Santa Ana has pending criminal charges in state court, but the government does not oppose Santa Ana's request on that basis.[5]

IT IS THEREFORE ORDERED THAT Santa Ana's motion for the return of her passport **[ECF No. 22] is GRANTED**. U.S. Pretrial Services is ordered to return Santa Ana's passport.

_____
U.S. District Judge Jennifer A. Dorsey
July 13, 2022

---

[1] ECF No 21.

[2] ECF No. 10 at 3; ECF No. 23 at 1.

[3] ECF No. 22.

[4] ECF No. 23 at 2.

[5] *Id.*