# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANITA EDORIA SANTA ANA,<br><br>    Defendant. | Case No.: 2:21-cr-00035-JAD-DJA<br><br>**Order on Stipulation to Continue Revocation Hearing (First Request)**<br>**ECF No. 34** |

Based on the stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 12, 2023 at 3 p.m. be vacated and continued to June 23, 2023, at 10:00 a.m.

DATED this 8th day of June, 2023.

_____
HONORABLE JENNIFER A. DORSEY
DISTRICT COURT JUDGE