**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>      Plaintiff, )<br>           )<br> vs.       )<br>           )<br>ANITA EDORIA SANTA ANA, )<br>           )<br>      Defendant. )<br>_____ ) | Case No.: 2:21-cr-00035-JAD-DJA<br><br>**Stipulation and Order to Continue Revocation Hearing (Second Request)**<br><br>ECF No. 37 |

   Based on the stipulation of counsel and good caused appearing, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 23, 2023 at 10:00 a.m. be vacated and continued to July 6, 2023, at 11:00 a.m.

   DATED this 22nd day of June, 2023.

_____
HONORABLE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE